UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MRS. UNITED STATES NATIONAL PAGEANT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> STEPHANIE L. WILLIAMS, CROWN GARLAND LLC, and <br> COSMOS INTERNATIONAL PAGEANTS, INC. <br><br> Defendant. | **PLAINTIFF AND THIRD-PARTY DEFENDANT'S APPENDIX TO LOCAL RULE 56 STATEMENT OF FACTS** <br><br> Case no. 6:18-cv-06587 |
| STEPHANIE L. WILLIAMS, CROWN GARLAND LLC, and COSMOS INTERNATIONAL PAGEANTS, INC., <br><br> Third-Party Plaintiffs, <br> v. <br><br> ANTHONY ILACQUA, <br><br> Third-Party Defendant. | |

Pursuant to Local Rule 56(a)(3), Plaintiff and Third-Party Defendant submits the following Appendix to their Statement of Facts in Support of its Motion for Partial Summary Judgment.  (Note that Exhibits C through GG are identical to the exhibits previously filed under those exhibit letters in support of plaintiff's motion for injunction, at Dkt 7-10 to 7-40.)

### APPENDIX

| | |
|---|---|
| **EXHIBIT A** | September 10, 2018 letter from Leclair to State Directors |
| **EXHIBIT B** | July 2, 2019 letter from Leclair to State Directors |
| **EXHIBIT C** | Trademarks |
| **EXHIBIT D** | 2016 Licensing Agreement |
| **EXHIBIT E** | 2017 Licensing Agreement |
| **EXHIBIT F** | May 24, 2018 Termination Letter |
| **EXHIBIT G** | June 28, 2018 Cease and Desist Letter |
| **EXHIBIT H** | July 7, 2018 Email from Mrs. United States to State Directors |

| EXHIBIT I | August 7, 2018 Email regarding Mrs. DC Facebook messages |
|---|---|
| EXHIBIT J | November 6, 2017 Email regarding website return |
| EXHIBIT K | Copper Project Management portal list |
| EXHIBIT L | March 27, 2019 Email from Williams to North and South Dakota Titleholders |
| EXHIBIT M | 2018 Delegate Agreement |
| EXHIBIT N | 2018 National Pageant Agenda - cover page |
| EXHIBIT O | June 25, 2018 Crown Garland Facebook post regarding YouTube video |
| EXHIBIT P | June 25, 2018 Williams Facebook post |
| EXHIBIT Q | June 26, 2018 Williams Facebook post |
| EXHIBIT R | Program Book Excerpt |
| EXHIBIT S | Pageantry Magazine |
| EXHIBIT T | State Director Agreement 2018 - Katy Moody Cusick |
| EXHIBIT U | August 24, 2018 Kentucky Cosmos Facebook page |
| EXHIBIT V | July 4, 2018 email from Williams to State Directors |
| EXHIBIT W | July 8, 2018 email from Williams to State Directors |
| EXHIBIT X | State Director Agreement 2018 - Shena Dixon Mason |
| EXHIBIT Y | July 14, 2018 Email from Williams regarding VA pageant Facebook pages |
| EXHIBIT Z | July 24, 2018 Tennessee Cosmos Facebook page |
| EXHIBIT AA | [Blank] |
| EXHIBIT BB | Mrs. United States National Pageant websites |
| EXHIBIT CC | Cosmos Pageant websites |
| EXHIBIT DD | Miss Arnold Teen Fitness Pageant press release |
| EXHIBIT EE | Tennessee and Kentucky Cosmos Twitter and Instagram pages |
| EXHIBIT FF | Cosmos Pageant Facebook pages |
| EXHIBIT GG | Google searches |
| EXHIBIT HH | Pageant Operating Standards |
| EXHIBIT II | Program Book - 2018 |
| EXHIBIT JJ | Defendants' Responses to Plaintiff's Request to Admit |
| EXHIBIT KK | Defendants' Responses to Plaintiff's First Set of Interrogatories |
| EXHIBIT LL | Transcript of Deposition of Stephanie Williams (Excerpt) |

Dated:       December 10, 2021            **ADAMS LECLAIR LLP**

s/ Stacey E. Trien
Stacey E. Trien, Esq.
*Attorneys for Plaintiff*
28 E. Main St., Suite 1500
Rochester, New York 14614
Tel: 585-327-4100
strien@adamsleclair.law