

PAUL L. LECLAIR, ESQ., PARTNER
WRITER'S DIRECT DIAL: (585) 327-4104
E-mail: pleclair@leclairkorona.com

September 10, 2018

**VIA CERTIFIED MAIL & U.S. MAIL**

Renee Austin
4804 Aspengold Ct
Monroe, NC 28110

### NOTICE OF BREACH OF LICENSE AGREEMENT, DEMAND FOR RETURN OF MATERIALS, AND CEASE AND DESIST LETTER

Dear Ms. Austin:

This law firm represents Mrs. United States National Pageant, Inc. ("Mrs. USNP"). As you may be aware, we have filed a lawsuit against Stephanie Williams and Crown Garland to protect our pageant and brand from their unlawful interference with our business in Federal Court in New York, captioned *Mrs. United States National Pageant, Inc. v. Williams, Crown Garland, LLC, and Cosmos International Pageants, Inc.*, Case No. 6:18-cv-06587.

You are receiving this letter because you were formerly a sub-licensee of Mrs. USNP's Trademarks as a State Director under the 2018 United States National Pageant State Pageant License Agreement and/or a prior licensing agreement with Mrs. USNP (the "License Agreement").

You are currently in breach of your obligations under the License Agreement because you have failed to return materials belonging to Mrs. USNP and failed to turn over administrative rights to Mrs. USNP's social media sites and websites, despite requests that you do so. (License Agreement, ¶ 19.1.) Pursuant to your License Agreement, all materials used or created in connection with your State Pageant and preliminary pageants during the term of your License Agreement are the property of Mrs. USNP, and you may not retain a copy or record of any of these items. (License Agreement, ¶ 19.1(6).)

Demand is hereby made that you immediately return to Mrs. USNP all materials, documents, intellectual property, and other goods or equipment which you used or created in connection with your sub-license of Mrs. USNP's Trademarks, including without limitation:

(1)  all materials created for or in connection with your sub-license, including your contract with Mrs. USNP, intellectual property, documents, records, files, instructions, merchandise, display items, signs, advertising and promotional

   materials, forms, goods, and/or equipment (License Agreement, ¶¶ 7.4, 19.1(6));

(2) all documents or other materials provided to you by or on behalf of Mrs. USNP (including materials provided by Crown Garland, LLC) (License Agreement, ¶¶ 7.4, 19.1(6));

(3) contestant rolls: all records identifying your contestants and contestant candidates (including addresses, telephone numbers, and email contact information, if any) for the past 3 years and lists or other records identifying potential contestants and contestant candidates (including addresses, telephone numbers, and email contact information, if any), including, without limitation, any recruiting or database list of records, for the past 3 years (License Agreement, ¶¶ 7.14(1), 19.1(6));

(4) all agreements or contracts with any contestants or contestant candidates identified in paragraph (3) above (License Agreement, ¶¶ 8.1(C), 8.4);

(5) all documentation regarding the eligibility of persons identified in paragraph (3) above (License Agreement, ¶ 8.3);

(6) copies of all agreements or contracts with Mrs. USNP, including your License Agreement (License Agreement, ¶ 19.1);

(7) all contracts or agreements with sponsors, vendors, or suppliers entered during the term of your License Agreement (License Agreement, ¶ 9.1);

(8) all advertising and promotional materials (License Agreement, ¶¶ 11.2, 19.1(6));

(9) all materials bearing Mrs. USNP's Trademarks, slogans, insignias, designs, or logos (License Agreement, ¶ 19.1(6));

(10) financial statements and records for up to three (3) years, including: a statement of your business operations and activities conducted pursuant to your license and/or prior license agreements with Mrs. USNP, including an annual profit and loss statement; and records of all revenues you or your State Pageant received in connection with pageant-related activities, events, offers and sales (License Agreement, ¶¶ 12.1, 12.2);

(11) any other electronic databases or software files relating to the operation of your State Pageant under the License Agreement (License Agreement, ¶ 19.1(6));

MUSNP003271

**CONFIDENTIAL**

Renee Austin
September 10, 2018
Page 3

(12) identify and transfer all web sites to Mrs. USNP that are or were maintained in connection with your sub-license (License Agreement, ¶ 19.1(6));

(13) identify and transfer all social media accounts to Mrs. USNP that are or were maintained in connection with your sub-license (License Agreement, ¶ 19.1(6)); and

(14) if you created any business entities (e.g. corporation, LLC, partnership, d/b/a, etc.) in connection with Mrs. USNP's pageants and activities with a name that is the same or similar to Mrs. USNP's trademarked names, provide proof that you have dissolved or renamed all such business entities. (License Agreement, ¶ 19.1.)

You are also directed to immediately cease all activities that violate your License Agreement, including without limitation:

(A) cease utilizing Mrs. USNP's Trademarks, or confusingly similar names, in any manner whatsoever, including without limitation by utilizing social media sites bearing Mrs. USNP's marks in any prior posts or links (License Agreement, ¶¶ 16, 19.1(2));

(B) cease utilizing the materials and intellectual property identified in paragraphs numbered (1) through (14) above, including without limitation the contestant rolls, websites and social media accounts identified above; and

(C) cease identifying yourself as a former licensee of Mrs. USNP (License Agreement, ¶ 19.1(9)).

You are further reminded that you are contractually obligated to make your titleholder available to Mrs. USNP for promotional and other events upon request, and to otherwise cooperate with Mrs. USNP's new State licensee. (License Agreement, ¶ 7.14(2).)

Please advise me within one week from the date of this letter as to whether you will comply with these requirements. Otherwise, we intend to pursue more formal action.

Very truly yours,

Paul L. Leclair

MUSNP003272

**CONFIDENTIAL**