

PAUL L. LECLAIR, ESQ., PARTNER
WRITER'S DIRECT DIAL: (585) 327-4104
E-mail: pleclair@leclairkorona.com

July 2, 2019

**VIA Certified Mail & E-Mail** (ncunitedstates@aol.com)

Renee McNair-Austin
4804 Aspengold Court
Monroe, NC 28110

   Re: *Mrs. United States National Pageant, Inc. v. Renee McNair-Austin*

Dear Renee:

  On September 10, 2018, on behalf of Mrs. United States National Pageant, Inc. ("Mrs. USNP"), I sent you a letter demanding that you comply with your License Agreement including by returning all of Mrs. USNP's materials and discontinuing your use of Mrs. USNP's trademarks, materials, and intellectual property.

  To date you have failed to comply with the demands in my September 10, 2018 letter and you remain in breach of your License Agreement with Mrs. USNP.

  As you know, Mrs. USNP filed a lawsuit against Stephanie Williams and Crown Garland to protect the pageant and brand from their unlawful interference with our business in Federal Court in New York, captioned *Mrs. United States National Pageant, Inc. v. Williams, Crown Garland, LLC, and Cosmos International Pageants, Inc.*, Case No. 6:18-cv-06587 (the "Crown Garland Lawsuit".)

  In the Crown Garland Lawsuit, the parties recently attended mediation but were unable to reach a settlement agreement, and as such the case is now proceeding toward trial.

  Because Crown Garland is not meeting its financial and other contractual obligations, Mrs. USNP intends to proceed against you in Court.  Enclosed please find a copy of the Complaint that we are filing in Court in Virginia.

  Please advise immediately as to whether you will agree to accept service of process of the Complaint by overnight delivery service.  Otherwise, we will be retaining a process server to serve you personally at your location.

  You are further advised that because of this lawsuit, you have a duty to preserve all electronically stored information and other documents that may be relevant to Mrs. USNP's

Renee McNair-Austin
July 2, 2019
Page 2

claims, including without limitation emails, text messages, social media posts, computer files, paper files, and any materials created for or in connection with your License Agreement.

Very truly yours,

Paul L. Leclair

Enclosure (Complaint)

MUSNP003299

**CONFIDENTIAL**