

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Aug 27 03:47:02 EDT 2018

Please logout when you are done to release system resources allocated for you.

**Record 17 out of 18**

( Use the "Back" button of the Internet Browser to return to TESS)

### MRS. UNITED STATES NATIONAL PAGEANT

| | |
|---|---|
| Word Mark | **MRS. UNITED STATES** NATIONAL PAGEANT |
| Goods and Services | IC 041. US 107. G & S: entertainment services in the nature of beauty and talent pageants. FIRST USE: 19900525. FIRST USE IN COMMERCE: 19900525 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 74174440 |
| Filing Date | June 10, 1991 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | May 4, 1993 |
| Registration Number | 1851722 |
| Registration Date | August 30, 1994 |
| Owner | (REGISTRANT) MRS. UNITED STATES NATIONAL PAGEANT INC CORPORATION NEW YORK 3 FAIRFIELD DR FAIRPORT NEW YORK 14450 |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "UNITED STATES NATIONAL PAGEANT" APART FROM THE MARK AS SHOWN |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20140714. |
| Renewal | 2ND RENEWAL 20140714 |
| Live/Dead Indicator | LIVE |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Aug 27 03:47:02 EDT 2018

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: ____  OR  Jump  to record: ____   **Record 16 out of 18**

( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Word Mark** | **MRS. UNITED STATES** |
| **Goods and Services** | IC 041. US 100 101 107. G & S: entertainment services in the nature of beauty and talent pageants. FIRST USE: 19890000. FIRST USE IN COMMERCE: 19900525 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 75072599 |
| **Filing Date** | March 12, 1996 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 6, 1997 |
| **Registration Number** | 2083350 |
| **Registration Date** | July 29, 1997 |
| **Owner** | (REGISTRANT) Mrs. United States National Pageant, Inc. CORPORATION NEW YORK 3 Fairfield Dr. Fairport NEW YORK 14450 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "UNITED STATES" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20171026. |
| **Renewal** | 2ND RENEWAL 20171026 |
| **Live/Dead Indicator** | LIVE |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Aug 27 03:47:02 EDT 2018

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: ___ OR  Jump  to record: ___    **Record 65 out of 373**

TSDR | ASSIGN Status | TTAB Status  ( Use the "Back" button of the Internet Browser to return to TESS)

# Little Miss United States

| | |
|---|---|
| **Word Mark** | LITTLE MISS UNITED STATES |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Entertainment in the nature of beauty pageants. FIRST USE: 20110101. FIRST USE IN COMMERCE: 20110101 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85158211 |
| **Filing Date** | October 21, 2010 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 22, 2011 |
| **Registration Number** | 4027072 |
| **Registration Date** | September 13, 2011 |
| **Owner** | (REGISTRANT) Mrs. United States National Pageant Inc. CORPORATION NEW YORK Mrs. United States National Pageant Inc. 3 Fairfield Drive Fairport, NEW YORK 14450 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "UNITED STATES" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Aug 27 03:47:02 EDT 2018

Please logout when you are done to release system resources allocated for you.

Record 3 out of 9

( Use the "Back" button of the Internet Browser to return to TESS)

# Miss Pre-Teen United States

| | |
|---|---|
| **Word Mark** | **MISS PRE-TEEN** UNITED STATES |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Entertainment in the nature of beauty pageants. FIRST USE: 20110101. FIRST USE IN COMMERCE: 20110101 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85848507 |
| **Filing Date** | February 13, 2013 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 5, 2013 |
| **Registration Number** | 4469152 |
| **Registration Date** | January 21, 2014 |
| **Owner** | (REGISTRANT) Mrs. United States National Pageant, Inc. CORPORATION NEW YORK 3 Fairfield Dr. Fairport NEW YORK 14450 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PRE-TEEN UNITED STATES" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY


United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Aug 27 03:47:02 EDT 2018

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: _____ OR Jump to record: _____  **Record 3 out of 3**

( Use the "Back" button of the Internet Browser to return to TESS)

**Miss Junior Teen United States**

| | |
|---|---|
| **Word Mark** | **MISS JUNIOR TEEN** UNITED STATES |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Entertainment in the nature of beauty pageants. FIRST USE: 20040930. FIRST USE IN COMMERCE: 20040930 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78457890 |
| **Filing Date** | July 28, 2004 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | May 2, 2006 |
| **Registration Number** | 3234362 |
| **Registration Date** | April 24, 2007 |
| **Owner** | (REGISTRANT) Mrs United States National Pageant, Inc. CORPORATION NEW YORK 3 Fairfield Drive Fairport NEW YORK 14450 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Prior Registrations** | 1851722;2083350;2157123;2824308;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "Teen United States" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20170613. |
| **Renewal** | 1ST RENEWAL 20170613 |
| **Live/Dead Indicator** | LIVE |

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY


United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Aug 27 03:47:02 EDT 2018

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: ___ OR  Jump  to record: ___   **Record 3 out of 7**

( Use the "Back" button of the Internet Browser to return to TESS)

Miss Teen United States

| | |
|---|---|
| **Word Mark** | **MISS TEEN UNITED** STATES |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Entertainment in the nature of beauty pageants. FIRST USE: 20040930. FIRST USE IN COMMERCE: 20040930 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78457926 |
| **Filing Date** | July 28, 2004 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | May 2, 2006 |
| **Registration Number** | 3234363 |
| **Registration Date** | April 24, 2007 |
| **Owner** | (REGISTRANT) Mrs United States National Pageant, Inc. CORPORATION NEW YORK 3 Fairfield Dr. Fairport NEW YORK 14450 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Prior Registrations** | 1851722;2083350;2157123;2824308;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "Teen United States" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20170613. |
| **Renewal** | 1ST RENEWAL 20170613 |
| **Live/Dead Indicator** | LIVE |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Aug 27 03:47:02 EDT 2018

Please logout when you are done to release system resources allocated for you.

List At:   OR   Jump to record:   **Record 21 out of 55**

( Use the "Back" button of the Internet Browser to return to TESS)

*Miss* UNITED STATES

| | |
|---|---|
| Word Mark | MISS UNITED STATES |
| Goods and Services | IC 041. US 100 101 107. G & S: Entertainment in the nature of beauty pageants. FIRST USE: 20070800. FIRST USE IN COMMERCE: 20070800 |
| Mark Drawing Code | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| Serial Number | 78723378 |
| Filing Date | September 29, 2005 |
| Current Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | June 13, 2006 |
| Registration Number | 3428292 |
| Registration Date | May 13, 2008 |
| Owner | (REGISTRANT) Mrs United States National Pageant CORPORATION NEW YORK 3 Fairfield Drive Fairport NEW YORK 14450 |
| Prior Registrations | 2157123;2824308;AND OTHERS |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "UNITED STATES" APART FROM THE MARK AS SHOWN |
| Description of Mark | Color is not claimed as a feature of the mark. The mark consists of the words "MISS UNITED STATES". |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20171028. |
| Renewal | 1ST RENEWAL 20171028 |
| Live/Dead Indicator | LIVE |

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

http://tmsearch.uspto.gov/bin/showfield?f=doc&state=4801:5dxy86.10.21     1/1

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Mon Aug 27 03:47:02 EDT 2018

Please logout when you are done to release system resources allocated for you.

List At: OR Jump to record: **Record 6 out of 8**

( Use the "Back" button of the Internet Browser to return to TESS)

## Ms. UNITED STATES

| | |
|---|---|
| **Word Mark** | MS. UNITED STATES |
| **Goods and Services** | IC 041. US 100 101 107. G & S: entertainment in the nature of women's beauty and talent pageants. FIRST USE: 19970721. FIRST USE IN COMMERCE: 19970721 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 74647962 |
| **Filing Date** | March 17, 1995 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 23, 1996 |
| **Registration Number** | 2157123 |
| **Registration Date** | May 12, 1998 |
| **Owner** | (REGISTRANT) Mrs. United States National Pageant, Inc. CORPORATION NEW YORK 3 Fairfield Drive Fairport NEW YORK 14450 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "UNITED STATES" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20171027. |
| **Renewal** | 2ND RENEWAL 20171027 |
| **Live/Dead Indicator** | LIVE |

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Aug 27 03:47:02 EDT 2018

Please logout when you are done to release system resources allocated for you.

List At: ___ OR Jump to record: ___   **Record 1 out of 4**

( Use the "Back" button of the Internet Browser to return to TESS)

# Ms. Woman United States

| | |
|---|---|
| **Word Mark** | MS. WOMAN UNITED STATES |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Entertainment in the nature of beauty pageants. FIRST USE: 20050801. FIRST USE IN COMMERCE: 20050801 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86096434 |
| **Filing Date** | October 21, 2013 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 28, 2014 |
| **Registration Number** | 4669675 |
| **Registration Date** | January 13, 2015 |
| **Owner** | (REGISTRANT) Mrs. United States National Pageant, Inc. CORPORATION NEW YORK 3 Fairfield Dr. Fairport NEW YORK 14450 |
| **Prior Registrations** | 2157123;2824308;3428292;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "WOMAN UNITED STATES" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY