

**2018 Delegate Agreement**

I will proudly represent my title and attend all required meetings and events.

I will be respectful of everyone's time and be punctual to all scheduled events.

I understand that if I commit to attend an event that my attendance is required.

If I cannot make it to an event due to a sickness, I will provide proof of my visit to my doctor to my State Director and/or Titleholder Liaison.

I understand if there is a dress code for an event and I do not follow the dress code, I will be unable to participate.

I understand that using cell phones or other mobile devices is strictly prohibited at all events while making appearances.

I will not smoke or consume alcohol at any pageant scheduled event or at any time while wearing my crown and/or banner or while representing the Miss United States Pageant.

I will conduct myself at all times with dignity, grace and good manners whenever I am wearing my crown and/or banner.

I understand my social media accounts, personal website, or any other public forum must be closely monitored. I understand that all material on these pages must be in good taste and show me as a role model.

I understand that any misconduct or misrepresentation of myself, the pageant staff, or my fellow titleholders, through any form, be it oral, written and/or by my actions will be grounds for forfeiture of my title without question.

I understand that the words, actions and behaviors of my friends and family members deemed as rude or inappropriate to any sponsor or member of the Miss United States Pageant staff could be grounds for the immediate forfeiture of my title.

I will not participate in any interview, photo session, press contact, or publicity of any kind unless a member of the national pageant staff is present or has approved my participation.

I agree to treat my crown and banner with the utmost respect and I will not deface my banner in any way. This means, only one pin worn on your banner at any time. No signatures or writing of any kind is allowed on your banner. No rhinestones or embellishment are allowed to be added to the banner. I will personally be responsible for purchasing a replacement banner should mine become defaced, torn, dingy or deemed unpresentable by the State Director staff.

I understand if I am in the Miss or Mrs. divisions, I am not allowed to compete in any other pageant until the end of my reign. I understand if I have a title in any other division, I am not allowed to compete in any other pageant until after the conclusion of the national pageant. I further understand that if I win the national title – regardless of division – I will be unable to compete in any other pageant until I give up the national title.

I agree to embrace and proudly promote the title dond will do so until I pass the title onto my successor, if applicable.

I agree to make a minimum of one charitable appearance a month. Failure to make these appearances could result in forfeiture of my title.

I understand it will be my responsibility to provide travel to and from events unless otherwise specified.

I agree to attend the Miss United States Pageant national pageant in Orlando, Florida and be on-time for events, a fully-engaged participant, and I understand that all judges' decisions are final.

I will not post disparaging remarks before, during or after the national pageant on blog boards, chat boards, or any other social media, and I understand that in doing so, I may be subject to litigation.

I understand that if I do not show up for the national pageant, I will be stripped of my title, crown and banner and must return those immediately, unless there are extenuating circumstances that are approved by the national office.

I understand that anything not specifically provided to me (autograph cards, photography, wardrobe, etc.) by my Miss United States local or state director or by the national office, is my responsibility to provide.

I will send photos from each and every event I attend immediately to the pageant State Director and/or Titleholder Liaison.

I agree to respond to emails and phone calls form the State Director and/or national staff in a timely manner. Failure to do so could result in being omitted from events, publicity or press related to my title.

It is my responsibility to contact the State Director(s) and/or Titleholder Liaison on a regular basis.

All events that I have scheduled will be sent to the State Director(s) and/or Titleholder Liaison for prior approval.

I understand that I am responsible for planning a minimum of one event with my personal charity during my reign.

I understand that if for any reason my title and crown for the Miss United States Pageant is forfeited, I will return my crown and banner within one week of receiving a written notice of my dismissal as queen.

I will conduct myself with good manners and good grace at all events.

I will remain quiet when a speaker is talking. I will mingle with the crowd and show an interest for the charity I am there to serve. I recognize that public appearances and events are not the time and place for me and my sister queens to 'catch up'.

I understand that rules of any venue will be honored by me and my guests.

I grant the Miss United States Pageant the right to use my name, image and/or performance for their own use in any manner as deemed necessary in the promotion of our system, without limitation.

I understand and hereby waive any right to approve the finished photography or any copy that might be used in conjunction with the finished photograph/product.

Little Miss – Ms. Woman titleholders agree to not become married during the year of the reign. Marrying during the year of the reign will result in forfeiture of the title.

Little Miss – Miss titleholders agree to not become pregnant during the year of the reign. Becoming pregnant during the year of the reign will result in forfeiture of the title.

I have not and will not pose for nude for any print or video media and agree that I will not become involved with any sexual materials.

I understand that I must uphold and embrace the terms of this agreement to the fullest. Failure to do so will result in no longer being invited to attend Miss United States events, wearing your crown and banner to events scheduled on your own, participating in the national pageant, and possibly could result in forfeiture of the title.

I attest that I have never been convicted of a felony. I understand that if I am convicted of a crime or felony or become incarcerated during my reign, my title will have been deemed to have been revoked fifteen minutes prior to the incident.

I will not discuss the business proceedings of the Miss United States Pageant with any other pageant or give up trade secrets.

I will be respectful of physical property wherever I go as a representative of the Miss United States Pageant. This includes not sitting on items that are not meant for sitting, not climbing on items, writing on items, etc. Any destruction caused, even inadvertent, will be replaced at my expense.

I will conduct myself as a role model with dignity at all times while reigning as a titleholder, including when I give up my crown. All contestants deserve the right to compete and I will make all of them feel welcome, safe, and part of the group.

I _____ agree to the above stipulations and understand that this contract is enforceable in court under state and federal laws. I further understand that this agreement supersedes any other contract I have signed on a local or state level as a Miss United States Pageant titleholder. I sign this contract with no duress and of my own free will on this _____ day of _____, 2018.

**State/Regional Title:** _____

**Address:** _____

**City:** _____    **Zip Code:** _____

**Signature:** _____    **Date:** _____

**Signature of Parent/Legal Guardian** _____
**(if under 18 years of age)**

**Date:** _____